# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**BARBARA DAVIDSON**                                                                                    **PLAINTIFF**

**v.**                                              **2:06CV00133-WRW**

**CINGULAR WIRELESS LLC,**
**d/b/a CINGULAR WIRELESS**                                                             **DEFENDANT**

## ORDER

Pending is Plaintiff's Motion: (1) To Proceed as a Class Action in This Court, Or in the Alternative; (2) To Proceed as a Class Action in Arbitration; or (3) For a Final, Appealable Order (Doc. No. 55). Defendant has responded (Doc. No. 56), and Plaintiff has replied (Doc. No. 57). Also pending is Defendant's Motion for Sanctions (Doc. No. 56).

On April 26, 2007, an Order (Doc. No. 53) was entered denying Plaintiff's Motion for Reconsideration of a previous Order (Doc. No. 48) that granted Defendant's Motion to Compel Arbitration (Doc. No. 10). Plaintiff's current Motion (Doc. No. 55) is in effect the same request that this Court denied on April 26, 2007. Accordingly, Plaintiff's Motion (Doc. No. 55) is DENIED. Defendant's Motion for Sanctions (Doc. No. 56) is also DENIED.

IT IS SO ORDERED this 14th day of January, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE