**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**October 29, 2009**

Mr. Brian David Reddick
Ms. Deborah Truby Riordan
Wilkes & McHugh, P.A. - Little Rock
1 Information Way, Suite 300
Little Rock , AR 72202

Mr. Mark W. Nichols
Nichols & Campbell, P.A.
212 Center Street, Suite 700
Little Rock , AR 72201

      Re: *Davidson v. Cingular Wireless LLC*, 2:06-CV-00133-WRW

Dear Counsel:

I have received Defendant's Motion to Administratively Reopen Case and Confirm Arbitral Award, which was filed on October 13, 2009.

I assume that since you have not filed a response,[1] you agree with Defendant's position. If you choose not to respond by 5:00 p.m., Thursday, November 5, 2009, I will grant the motion.

                                          Cordially,

                                          /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:    Other Counsel of Record

---

[1] The response was due on Tuesday, October 27, 2009.