IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BARBARA DAVIDSON, Individually                                         PLAINTIFF
and on Behalf of All Others Similarly Situated

v.                                               2:06CV00133-WRW

CINGULAR WIRELESS, LLC d/b/a                                    DEFENDANT
CINGULAR WIRELESS

## JUDGMENT

Based on an Order entered November 17, 2009, the following conclusions of the American Arbitration Association and the arbitral award are confirmed, and this case is DISMISSED WITH PREJUDICE.

The American Arbitration Association concluded:

Pursuant to Arkansas law, the late fees at issue in this case are not interest and are not subject to Arkansas usury law. Because Cingular's contractual late fees are not interest, Davidson's claim of violation of usury law cannot prevail. Therefore, award of this arbitration goes to the respondent, Cingular Wireless, LLC.

The administrative filing and case service fees of the AAA, totaling $750.00, shall be borne as incurred.

The fees and expenses of the arbitrator(s), totaling $250.00, shall be borne as incurred.

This Award is in full settlement of all claims submitted to this Arbitration. All claims not expressly granted herein are hereby, denied.

IT IS SO ORDERED this 5th day of January, 2010.

                                                        /s/Wm. R. Wilson, Jr.
                                              UNITED STATES DISTRICT JUDGE